IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cv190-1-C
3:06cr16-C

| JUSTIN MATTHEW, | ) | |
|---|---|---|
| Petitioner, | ) | |
| vs. | ) | ORDER |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** comes before the Court upon Respondent's Second Motion for Extension of Time to File Answer (Doc. No. 5), filed June 27, 2008.

On February 11, 2008, this Court issued an <u>Emmanuel</u>[1] notice informing Petitioner that if he did not respond within twenty days this Court would construe his letters as a motion under 28 U.S.C. § 2255 and proceed accordingly. (Case No. 3:06cr16: Doc. No. 38). After two and a half months passed without Petitioner responding, the Court construed Petitioner's letters as a § 2255 motion and ordered the government to respond. (Case No. 3:06cr16: Doc. No. 38).

Petitioner has now filed an appeal in his criminal case contesting this Court's conversion of his letters to a § 2255 motion. (Case No. 3:06cr16: Doc. No. 40). Accordingly, this Court will stay Petitioner's § 2255 Motion pending resolution of this matter on appeal.

---

[1] <u>United States v. Emmanuel</u>, 288 F.3d 644 (4th Cir. 2002).

**IT IS, THEREFORE, ORDERED** that:

1. this case will be stayed until the appeal pending before the United States Court of Appeals for the Fourth Circuit (App. Case No. 08-7031) is ruled upon and becomes final; and

2. Respondent's Motion for an Extension of Time is **DENIED as moot.**

Signed: July 2, 2008

Robert J. Conrad, Jr.
Chief United States District Judge