# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Justin Matthew,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:08cv190

DECISION BY COURT. This action having come before the Court by Oral Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/6/10 Oral Order.

December 17, 2010

FRANK G. JOHNS, CLERK

BY: *(signature)*

Susan Hankins, Deputy Clerk